**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| KELLY BIRES, ) <br> ) <br> *Plaintiff* ) <br> ) <br> v.   ) <br> ) <br> WALTOM, LLC D/B/A WALTOM RACING, ) <br> LLC ) <br> ) <br> *Defendant* ) <br>  ) | **Case No. 07-CV-959** |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Defendant WalTom, LLC d/b/a WalTom Racing, LLC ("Defendant") hereby makes the following corporate disclosures pursuant to Fed. R. Civ. P. 7.1:

1. Is party a publicly held corporation or other publicly held entity?

    Yes ___         No _X_

2. Does party have any parent corporations?

    Yes ___         No _X_

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
    _____
    _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    Yes ___         No _X_

    If yes, identify all such owners: _____
    _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    Yes ___         No _X_

If yes, identify entity and nature of interest: _____

_____

This 20th day of December, 2007.

        /s/ Christopher C. Lam
        John H. Culver III
        N.C. State Bar No. 17849
        jculver@kennedycovington.com
        Christopher C. Lam
        N.C. State Bar No. 28627
        clam@kennedycovington.com
        214 North Tryon Street, 47th Floor
        Charlotte, NC  28202
        Telephone:  704-331-7449
        Facsimile:  704-353-3149
        ATTORNEYS FOR DEFENDANT

OF COUNSEL:

KENNEDY COVINGTON LOBDELL & HICKMAN, LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
Telephone:  (704) 331-7400
Facsimile:  (704) 331-7598

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** was served on counsel for the plaintiff by email and by causing to be deposited a copy of the same in an official depository of the United States Postal Service in a postage-paid envelope, addressed as follows:

> William Bray
> The Bray Law Firm, PLLC
> 4701 Hedgemore Drive, Suite 816
> Charlotte, North Carolina 28209
> wbray@braylaw.com
> *Attorneys for Plaintiff*

This 20th day of December, 2007.

/s/ Christopher C. Lam
Christopher C. Lam

4819-4775-6802.01