# STATE OF NORTH CAROLINA

File No.
07-CVS- 36l5

_____ Rowan _____ County

In The General Court of Justice
☐ District ☒ Superior Court Division

| | |
|---|---|
| Name of Plaintiff<br>Kelly Bires | |
| Address<br>c/o The Bray Law Firm, 4701 Hedgemore Drive, Suite 816 | **CIVIL SUMMONS** |
| City, State, Zip<br>Charlotte, NC 28209 | ☐ **ALIAS AND PLURIES SUMMONS** |
| **VERSUS** | G.S. 1A-1, Rules 3, 4 |
| Name of Defendant(s)<br>Waltom, LLC d/b/a Waltom Racing, LLC | Date Original Summons Issued |
| | Date(s) Subsequent Summons(es) Issued |

## To Each of The Defendant(s) Named Below:

| | |
|---|---|
| Name And Address of Defendant 1<br>Waltom, LLC d/b/a Waltom Racing, LLC<br>c/o Bruce E. Bell, Registered Agent<br>222 S. Riverside Plaza, Ste. 2100<br>Chicago, IL 60606 | Name And Address of Defendant 2 |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address of Plaintiff's Attorney (If None, Address of Plaintiff)<br>William P. Bray, Esq.<br>The Bray Law Firm, PLLC<br>4701 Hedgemore Drive, Suite 816<br>Charlotte, NC 28209 | Date Issued<br>11-27-07 | Time<br>10:10 | ☒ AM ☐ PM |
| | Signature<br>_Diane Earnhardt Asst._ | | |
| | ☐ Deputy CSC | ☒ Assistant CSC | ☐ Clerk of Superior Court |

| ☐ ENDORSEMENT<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date of Endorsement | Time | ☐ AM ☐ PM |
| | Signature | | |
| | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk of Superior Court |

NOTE TO PARTIES: _Many Counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

AOC-CV-100, Rev. 10/01
© 2001 Administrative Office of the Courts                    (Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | Name of Defendant: |
|---|---|---|
| | ☐AM ☐PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | Name of Defendant |
|---|---|---|
| | ☐AM ☐PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid<br>$ | Signature of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name of Sheriff (Type of Print) |
| Date of Return | County of Sheriff |

AOC-CV-100, Side Two, Rev. 10/01
© 2001 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

File No.
▶ 07-CVS- 3615

_____ Rowan _____ County

In The General Court of Justice
☐ District  ☒ Superior Court Division

*Name of Plaintiff*
Kelly Bires

*Address*
c/o The Bray Law Firm, 4701 Hedgemore Drive, Suite 816

*City, State, Zip*
Charlotte, NC 28209

## CIVIL SUMMONS

☐ **ALIAS AND PLURIES SUMMONS**

G.S. 1A-1, Rules 3, 4

### VERSUS

*Name of Defendant(s)*
Waltom, LLC d/b/a Waltom Racing, LLC

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

## To Each of The Defendant(s) Named Below:

*Name And Address of Defendant 1*
Waltom, LLC d/b/a Waltom Racing, LLC
c/o Bruce E. Bell, Registered Agent
222 S. Riverside Plaza, Ste. 2100
Chicago, IL 60606

*Name And Address of Defendant 2*

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address of Plaintiff's Attorney (If None, Address of Plaintiff)* | *Date Issued* | *Time* | |
|---|---|---|---|
| William P. Bray, Esq. | 11-27-07 | 10-10 | ☒ AM ☐ PM |
| The Bray Law Firm, PLLC | *Signature* | | |
| 4701 Hedgemore Drive, Suite 816 | Diane Earnhardt Asst | | |
| Charlotte, NC 28209 | ☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk of Superior Court | | |

|  | *Date of Endorsement* | *Time* | |
|---|---|---|---|
| ☐ **ENDORSEMENT** This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | | ☐ AM ☐ PM |
| | *Signature* | | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk of Superior Court | | |

NOTE TO PARTIES: *Many Counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 10/01
© 2001 Administrative Office of the Courts
(Over)