# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KELLY BIRES,<br><br>*Plaintiff*<br><br>v.<br><br>WALTOM, LLC D/B/A WALTOM RACING, LLC<br><br>*Defendant* | CASE NO. 1:07-cv-00959 |

## CERTIFICATE OF COMPLIANCE WITH NOTICE REQUIREMENTS

The undersigned, counsel of record for Defendant, certifies that, in compliance with 28 U.S.C. § 1446, a copy of the Notice of Removal of this action was filed with the Clerk of Superior Court, Rowan County, North Carolina on December 20, 2007.

The undersigned further certifies that, in accordance with the requirements of 28 U.S.C. § 1446, written notice of the removal was also given to all parties in this action, along with a copy of the Notice of Removal filed in this Court. This notice was given on December 20, 2007 to the Plaintiff through his counsel of record.

This 20th day of December, 2007.

/s/ Christopher C. Lam
John H. Culver III
N.C. State Bar No. 17849
Christopher C. Lam
N.C. State Bar No. 28627
214 North Tryon Street, 47th Floor
Charlotte, NC  28202
Telephone:  704-331-7449
Facsimile:  704-353-3149
clam@kennedycovington.com
ATTORNEYS FOR DEFENDANT

OF COUNSEL:

KENNEDY COVINGTON LOBDELL & HICKMAN, LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
Telephone: (704) 331-7400
Facsimile: (704) 331-7598

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the within **CERTIFICATE OF COMPLIANCE WITH NOTICE REQUIREMENTS** was served on counsel for the plaintiff by email and by causing to be deposited a copy of the same in an official depository of the United States Postal Service in a postage-paid envelope, addressed as follows:

> William Bray
> The Bray Law Firm, PLLC
> 4701 Hedgemore Drive, Suite 816
> Charlotte, North Carolina 28209
> wbray@braylaw.com
> *Attorneys for Plaintiff*

This 20th day of December, 2007.

/s/ Christopher C. Lam
Christopher C. Lam