IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KELLY BIRES,<br><br>        Plaintiff,<br><br>v.<br><br>WALTOM, LLC d/b/a WALTOM RACING, LLC,<br><br>        Defendant. | CASE NO.<br>1:07-CV-959-JAB-WWD |

## NOTICE OF CHANGE OF FIRM

Notice is hereby given that Kennedy Covington Lobdell & Hickman, LLP has combined its law practice with the law practice of K&L Gates LLP and the combined firm will practice under the name of K&L Gates LLP. Counsel of Record, John H. Culver, III, and Christopher C. Lam, now practice with K&L Gates LLP.

The address, telephone number and facsimile number of Counsel of Record are unchanged. The new electronic mail addresses of counsel of record are john.culver@klgates.com and chris.lam@klgates.com. The prior email addresses jculver@kennedycovington.com and clam@kennedycovington.com will continue to work indefinitely. Counsel requests that the new email addresses be incorporated into the electronic address books for all other counsel of record.

This the 2nd day of July, 2008.

/s/ Christopher C. Lam
John H. Culver III
N.C. State Bar No. 17849
Christopher C. Lam
N.C. State Bar No. 28627
214 North Tryon Street, 47th Floor
Charlotte, NC  28202
Telephone:  704-331-7449
Facsimile:  704-353-3149
chris.lam@klgates.com
ATTORNEYS FOR DEFENDANT

OF COUNSEL:

K&L GATES LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
Telephone:  (704) 331-7400
Facsimile:  (704) 331-7598

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within NOTICE OF CHANGE OF FIRM was served on counsel for the plaintiff by email and by causing to be deposited a copy of the same in an official depository of the United States Postal Service in a postage-paid envelope, addressed as follows:

> William Bray
> The Bray Law Firm, PLLC
> 4701 Hedgemore Drive, Suite 816
> Charlotte, North Carolina 28209
> wbray@braylaw.com
> *Attorneys for Plaintiff*

This 2nd day of July, 2008.


/s/ Christopher C. Lam
Christopher C. Lam