IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| KELLY BIRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:07CV00959 |
| | ) | |
| WALTOM, LLC D/B/A WALTOM RACING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Beaty, Chief Judge.

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED THAT Defendant WalTom LLC d/b/a WalTom Racing, LLC's Motion to Transfer Venue [Doc. #9] is GRANTED. Accordingly, IT IS FURTHER ORDERED THAT this matter be TRANSFERRED to the United States District Court for the Northern District of Illinois.

This the 1st day of August, 2008.

_____
United States District Judge