# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

| | | |
|---|---|---|
| John S. Brubaker, Clerk | August 15, 2008 | TELEPHONE:<br>CIVIL (336) 332-6030<br>CRIM. (336) 332-6020<br>ADMIN. (336) 332-6000 |

Michael W. Dobbins, Clerk of Court
United States District Court
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: 1:07CV959,  BIRES v. WALTOM, LLC d/b/a WALTOM RACING, LLC

Dear Mr Dobbins:

An order has been entered in this Court transferring this case to your district. Enclosed are the following:

1. Certified copy of Order transferring action.

2. Certified copy of docket entries.

Pleadings 1 through 15  (filed from December 20, 2007, to date) can be obtained electronically from our web site through Pacer.

If you have any questions, please do not  hesitate to contact us.

Please acknowledge receipt of our file on the enclosed copy of this letter.

Sincerely,

JOHN S. BRUBAKER, CLERK

By:    /s/ Lisa N. Lee
        Deputy Clerk

Enclosures

# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

| | | |
|---|---|---|
| John S. Brubaker, Clerk | August 15, 2008 | TELEPHONE:<br>CIVIL (336) 332-6030<br>CRIM. (336) 332-6020<br>ADMIN. (336) 332-6000 |

Michael W. Dobbins, Clerk of Court
United States District Court
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

       RE: 1:07CV959,   BIRES v. WALTOM, LLC d/b/a WALTOM RACING, LLC

Dear Mr Dobbins:

     An order has been entered in this Court transferring this case to your district.  Enclosed are the following:

      1.  Certified copy of Order transferring action.

      2.  Certified copy of docket entries.

   Pleadings 1 through 15  (filed from December 20, 2007, to date) can be obtained electronically from our web site through Pacer.

   If you have any questions, please do not  hesitate to contact us.

   Please acknowledge receipt of our file on the enclosed copy of this letter.

         Sincerely,

         JOHN S. BRUBAKER, CLERK

         By:    /s/ Lisa N. Lee
              Deputy Clerk

Enclosures