**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

Case Number:   1:08-cv-4680

In the Matter of

KELLY BIRES

v.

WALTOM, LLC d/b/a WALTOM RACING, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kelly Bires, Plaintiff

| |
|---|
| NAME (Type or print) Debra J. Tucker |

| |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ *Debra J. Tucker* |

| |
|---|
| FIRM  The Tucker Firm, LLC |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6230420 | TELEPHONE NUMBER (312) 202-0222 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y |

| |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |

| |
|---|
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |

| |
|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |

| |
|---|
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br><br> RETAINED COUNSEL                         APPOINTED COUNSEL |

## PROOF OF SERVICE

I, Debra J. Tucker, an attorney under oath hereby swear that on September 5, 2008 I served a copy of my Appearance for the Plaintiff Kelly Bires and this Proof of Service on the Defendant by (1) depositing the same at the post office located at Fullerton and Sheffield in Chicago, Illinois with postage prepaid and addressed to the Defendant's counsel at the addresses set forth below to be delivered by first class U.S. mail; by (2) transmitting the same by facsimile to the facsimile numbers listed below from the facsimile number maintained by me of (312) 202-0444; and by (3) e-mail delivery in virtue of filing the same with the Court by use of its electronic filing system.

| | |
|---|---|
| Mr. Christopher C. Lam | Mr. Dennis A. Berg |
| K & L GATES LLP | Mr. Faustin A. Pipal, Jr. |
| 214 N. Tryon Street | PIPAL & BERG, LLP |
| Charlotte, NC 28202 | 150 South Wacker Drive, Suite 2650 |
| Facsimile: (704) 353-3149 | Chicago, IL 60606 |
| | Facsimile: (312) 364-0088 |

Dated: September 5, 2008

_____

Debra J. Tucker

THE TUCKER FIRM, LLC
1723 N. Halsted Street
Chicago, Illinois 60614
Phone (312) 202-0222
Facsimile (312) 202-0444